# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1650

_____

| | | |
|---|---|---|
| George Walter Carlisle, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Missouri Department of Mental | * | Eastern District of Missouri. |
| Health, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: March 18, 2008
Filed: March 25, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

George Carlisle appeals the district court's[1] adverse grant of summary judgment in his Title VII action alleging that the Missouri Department of Mental Health discriminated against him on the basis of his race when it failed to hire him. Upon de novo review, see Turner v. Honeywell Fed. Mfg. & Techs., L.L.C., 336 F.3d 716, 719-20 (8th Cir. 2003), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.